# ENTRY REMOVED AS ENTERED IN ERROR